EXHIBIT A

EXHIBIT A

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO. 2024-CA- 006042

JOSEPH BROWN

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.

    Defendants.

_____/

**SUMMONS**
**IMPORTANT**

Date 7/26/24 Time 9:20a
MCN. No. 111
is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

To: American Airlines, Inc.
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorney" named below:

**Dean F. Mosley, Esquire**
The Mosley Law Firm, Inc.
812 N. Thornton Avenue
Orlando, FL 32803
[dfmosleylaw@gmail.com]

**TO EACH SHERIFF OF THE STATE OF FLORIDA:**

**YOU ARE HEREBY COMMANDED** to serve this Summons and Complaint in this action on the above-named Defendant(s):

TIFFANY MOORE RUSSELL
CLERK OF THE COURT

DATE: _____JULY 16,_____, 2024.    BY: _*Rosa Aviles*_
Deputy Clerk

Civil Division
425 N. Orange Avenue
Room 350
Orlando, Florida 32801

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por excrito, y presentarla ante este tribunal. Una llamanda telefonica no lo protegera; si usted desea que el tribunal considerr su defensa, debe presentar su respuestar por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demand por su cuenta, al mismo tiempo en que presenta su rrespuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la data de l'assignation de cet'te citation pour deposer une repose ecrite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessue et damom des parties nommees ici, si vous souhaitez que le Trbunal entende votre cause. Si vous ae deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vox biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vious ne connaissez pas d'avocat, vous pourriez telephoner a

un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedir une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant our a son avocat) nomme ci'dessous.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE No.

JOSEPH BROWN

    Plaintiff

v.

AMERICAN AIRLINES

    Defendant.

_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, Joseph Brown, by and through his undersigned Counsel, Dean F. Mosley filed this complaint alleging negligence on the part of American Airlines. Inc. and state the following:

1. The venue is in Orange County, Florida because Joseph Brown boarded American Airlines flight 1649 in Orlando, Orange County, Florida and sat in seat 9E on his way to Charleston.

2. Joseph Brown is an adult man who contracted with American Airlines, Inc., a carrier plane of passengers who pay for safe travel on it, boarded the plane in Orlando, Florida July 4, 2022, and is sui juris.

3. American Airlines, Inc. is a major airlines open to doing business with passengers who pay for the service, was operating in Orange County Florida on July 4, 2022 and is sui juris.

4. Joseph Brown is pursuing damages that exceed fifty ($50,000.00) thousand dollars and this matter shall be handle by the circuit court in the state of Florida pursuant to 95.11 (3) (a).

5. The Plaintiff, Joseph Brown, was injured due to the negligent conduct of the defendant, American Airlines, Inc., when it had loose carpet on the floor of the plane which caused Joseph Brown to trip and fall, slamming his ankle against a metal piece under a seat which resulted instant excruciating pain.

6. Joseph Brown exited the plane in a wheel chair because when he reached his destination, he could not put any weight on his ankle and his ankle had swollen twice the size of his normal ankle.

7. After a few days, Joseph Brown had surgery on the left ankle to repair the damage caused to the ankle.

## COUNT 1

8. The Plaintiff adopts and reallege the paragraphs 1 through 7 and state the defendant through its negligence is the direct and proximate cause of injury to Joseph Brown.

9. The defendant, American Airlines, Inc. owed a standard of care to the plaintiff to make the ingress and egress to the plane safe and it did not. The rug or carpet on the floor was crumpled and was the direct cause to why the plaintiff, Joseph Brown fell and injured his left ankle. The defendant had a duty to make sure the carpet or rug was properly secure and would not cause Joseph Brown to trip and fall and cause injury to his left ankle. American Airlines, Inc. breach the standard of care and was the proximate cause to the injury to Joseph Brown.

10. The defendant should have known it was reasonable and foreseeable that loose carpet or rug could cause a passenger to trip and fall on its carrier, yet it did not repair the carpet or rug, which was the proximate cause of the fall and injury.

11. The plaintiff had an interview with a television show to become a Bounty hunter program, but was unable to make the interview because he could not make the flight to California to meet the producers.

12. The plaintiff seeks damages for pain and suffering, loss of enjoyment of life, loss wages, past medical expenses, future medical expenses and loss of future wages.

13. This complaint will be served on the Corporation Service Company, 1201 Hayes Street, Tallahassee, Florida 32301-2525, the Registered Agent.

## CERIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the forgoing has been provided to the defendant, American Airlines, inc. who receives it mail at1201 Hays Street, Tallahassee, Florida 32301, this 4th July 2024.

dfmosleylaw@gmail.com

Respectfully submitted

*/s/Dean F. Mosley*
Law Offices of Dean F. Mosley
812 N. Thornton Avenue
Orlando, Florida 32803
Telephone: 407-649-7111
Email:

Fl. Bar: 0496995

Page 3